1
2
3
4
5
6

7      UNITED STATES DISTRICT COURT
8      CENTRAL DISTRICT OF CALIFORNIA
9      WESTERN DIVISION

10
11

| | |
|---|---|
| **TIMOTHY BOOTEN,** ) | **Case No. LA CV 14-07707-VBF-KS** |
| ) | |
| ) | **ORDER** |
| Petitioner, ) | |
| ) | Overruling Petitioner's Objections; |
| ) | Adopting Report & Recommendation; |
| v. ) | Denying the Habeas Corpus Petition; |
| ) | |
| ) | Dismissing the Action With Prejudice; |
| RONALD RACKLEY (Warden), ) | |
| ) | Directing Entry of Separate Final Judgment; |
| ) | |
| Respondent. ) | Terminating and Closing the Action (JS-6) |
| ) | |

20   This is an action for a Writ of Habeas Corpus by a Person in State Custody Pursuant
21   to 28 U.S.C. section 2254. Pursuant to her authority under Fed. R. Civ. P. 72(b)(1), title 28
22   U.S.C. section 636(b)(1)(B), and C.D. Cal. Local Civil Rule 72-3.3, the United States
23   Magistrate Judge issued a Report and Recommendation ("R&R") on June 17, 2016. *See*
24   Case Management / Electronic Case Filing System Document ("Doc") Doc 43.
25   Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the First Amended Habeas
26   Corpus Petition ("FAP") (Doc 17), the respondent warden's answer to the FAP and
27   accompanying memorandum (Doc 20), the Second Amended Petition ("SAP") (adding
28   Ground Four, a claim for ineffective assistance of appellate counsel, *see* Docs 25 and 32),

the relevant decision(s) of the California state courts,), petitioner's traverse (Doc 28), respondent's supplemental answer (Doc 38) and petitioner's reply thereto (Doc 41), the Magistrate Judge's R&R (Doc 43), petitioner's timely August 19, 2016 objection to the R&R, and the applicable law.

**The Court finds no defect of law, fact, or logic in the R&R.** Therefore the Court will overrule the petitioner's objections without waiting for a possible response from the respondent, adopt the R&R, and implement the R&R's recommendations.

ORDER

Petitioner's objections are **OVERRULED**.

The Report and Recommendation is **ADOPTED**

The petition for a writ of habeas corpus is **DENIED.**

The Court will rule on a certificate of appealability by separate order.

Final judgment will be entered in favor of respondent consistent with this order.

"As required by Fed. R. Civ. P. 58(a), the Court will enter judgment by separate document." *Toy v. Soto*, 2015 WL 2168744, *1 (C.D. Cal. May 5, 2015) (citing *Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013)) (footnote 1 omitted), *appeal filed*, No. 15-55866 (9th Cir. June 5, 2015).

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

Dated: Wednesday, August 24, 2016

　　　　　　　　　　　　　　　　　　　　　Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge