JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY BOOTEN,** | No. LA CV 14-07707-VBF-KS |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| RONALD RACKLEY (Warden of FSP), | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation, Denying the Habeas Corpus Petition, Directing the Entry of Separate Final Judgment, Dismissing the Action With Prejudice, and Terminating the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Timothy Booten.**

DATED: Wednesday, August 24, 2016

*Valerie Baker Fairbank*

_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE